UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TIMMY DOUCET                                               CIVIL ACTION

VERSUS                                                     NO. 21-254

DARRYL VANNOY, WARDEN                                      SECTION M (4)

## ORDER

Having considered the petition, the record, the applicable law, the United States Magistrate Judge's Report and Recommendation ("R&R"),[1] and the petitioner's objection[2] to R&R and his subsequent letter,[3] the Court hereby approves the R&R and adopts it as its opinion in this matter. Petitioner's objection to the R&R re-urges the arguments made in his petition. He takes issue with the magistrate judge's statement of the factual background and with the jury's viewing of drawings during deliberations, he challenges S.D.'s testimony and credibility, and he argues that his counsel should have hired a defense medical expert and conducted certain investigation.[4] Petitioner supplements his objection with an affidavit of Dr. McCubbin in which he states that he would have been able and willing to testify at trial had he received reasonable notice.[5] Nevertheless, the petitioner's rehashed arguments, even when considered in conjunction with the latest affidavit, are not sufficient to overcome the magistrate judge's well-reasoned and legally correct R&R. Therefore,

---

[1] R. Doc. 20.
[2] R. Doc. 21.
[3] R. Doc. 22.
[4] R. Doc. 21.
[5] R. Doc. 22.

**IT IS ORDERED** that Timmy Doucet's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 11th day of March, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE